**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Clintina Taylor, et al.
                     Plaintiff,

v.                                      Case No.: 1:09−cv−07911
                                               Honorable Joan H. Lefkow

James Regnier, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 24, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 1/24/2012. Case is hereby dismissed for want of prosecution for failure by plaintiff to appear as directed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.